Manly, J.
 

 The Revised Code, chapter, 107, sec. 69, subjects the owner of a slave to costs, in all cases, of Superior Court jurisdiction, where the slave, if a free man, would be liable.
 

 Chapter 87, sec. 6, provides that every person committed to a public jail, by lawful authority, for any criminal offense or misdemeanor against the State, shall bear all reasonable charges for carrying and guarding him to jail, and also for his support therein, until released.
 

 These two sections of the Code make the owner of the slaves, in the case before us, liable, it seems to us, for the jail-
 
 *347
 
 fees, and we think they ought to be included in the taxed costs. The case of the
 
 State
 
 v. Isaac, 2 Dev. 17, is a direct authority for this view. There is error, therefore, in the judgment below. It should have been for the costs including the jail-fees.
 

 Per Curiam,
 

 Judgment reversed.